| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>HART, JACOB P. | 2. Court or Organization<br><br>EASTERN DISTRICT OF PA. | 3. Date of Report<br><br>05/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full Time U.S. Magistrate Judg | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Room 3006 U.S. Courthouse<br>601 Market St.<br>Philadelphia, PA 19106 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, JACOB P. | 05/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Fiction Writer & Book Publisher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, JACOB P. | 05/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DAVIS OF NEW YORK MUTUAL FUND | A | Dividend | K | T | | | | | |
| 2. BLACKROCK WORLD INVESTMENT TRUST | B | Dividend | J | T | | | | | |
| 3. CITIBANK BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 4. EATON VANCE DIV. EQUITY INCOME FUND | B | Dividend | J | T | | | | | |
| 5. MOON AREA SCHOOL DIST. BOND | B | Interest | | | Sold | 11/15/11 | K | A | |
| 6. EATON VANCE TAX-MANAGED GLOBAL INCOME FUND | B | Dividend | K | T | | | | | |
| 7. AB GLOBAL GOVERNMENT INCOME | A | Dividend | J | T | | | | | |
| 8. IVY ASSET STRATEGY FUND | A | Dividend | K | T | | | | | |
| 9. LOOMIS SAYLES STRATEGIC INCOME | A | Dividend | J | T | | | | | |
| 10. DELAWARE TAX FREE PENNSYLVANIA FUND | B | Dividend | M | T | Buy (add'l) | 12/06/11 | L | | |
| 11. CITIGROUP IRA IRA (assests below) | | | | | | | | | |
| 12. --GMAC BOND | B | Interest | K | T | | | | | |
| 13. --DWS HIGH RET. EQ | A | Dividend | K | T | | | | | |
| 14. --BLACKROCK WORLD INVESTMENT TRUST | C | Dividend | K | T | | | | | |
| 15. --FREDDIE MAC SERIES 3107 | A | Interest | | | Sold | 4/15/11 | J | A | |
| 16. --USB CAPITAL X | C | Interest | L | T | | | | | |
| 17. -- DREYFUS LIQUID ASSETS | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --EATON VANCE DIV EQUITY INCOME FUND | C | Dividend | K | T | | | | | |
| 19. --BLACKROCK PFD & EQUITY TR | B | Dividend | K | T | | | | | |
| 20. --ALPINE GLOBAL PREMIER | B | Dividend | J | T | Sold (part) | 12/2/11 | K | A | |
| 21. --ALPINE TOTAL DYNAMIC | C | Dividend | K | T | Sold (part) | 12/2/11 | J | A | |
| 22. --EATON VANCE TAX-MANAGED GLOBAL INCOME FUND | C | Dividend | K | T | | | | | |
| 23. --AB GLOBAL GOVERNMENT INC. | B | Dividend | K | T | | | | | |
| 24. --BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | K | T | | | | | |
| 25. --COLUMBIA MARSICO 21ST CENTURY FUND | | None | K | T | | | | | |
| 26. --LOOMIS SAYLES STRATEGIC INCOME | C | Dividend | L | T | | | | | |
| 27. --BAC CAPITAL TRUST | D | Interest | L | T | | | | | |
| 28. --EATON VANCE GLOBAL MACRO | C | Dividend | L | T | | | | | |
| 29. --LEGG MASON PARTNERS SMALL CAP GROWTH FUND | | None | J | T | | | | | |
| 30. --CG CAPITAL MARKETS MONEY MARKET - TGMU | A | Dividend | K | T | | | | | |
| 31. --CG CAPITAL MARKETS CORE FIXED INCOME - TIIU | C | Dividend | M | T | | | | | |
| 32. --CG CAPITAL MARKETS LARGE CAP VALUE - TLVU | B | Dividend | L | T | Sold (part) | 10/07/11 | J | B | |
| 33. --CG CAPITAL MARKETS SMALL CAP VALUE - TSVU | A | Dividend | J | T | Sold (part) | 10/07/11 | J | B | |
| 34. --CG CAPITAL MARKETS HIGH YIELD - THYU | C | Dividend | J | T | Sold (part) | 10/07/11 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, JACOB P. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --CG CAPITAL MARKETS EMERGING MARKETS - TEMU | B | Dividend | L | T | Sold (part) | 01/14/11 | J | A | |
| 36. --CG CAPITAL MARKETS INTERNATIONAL FIXED INCOME - TIFU | A | Dividend | K | T | | | | | |
| 37. --CG CAPITAL MARKETS INTERNATIONAL EQUITY - TIEU | A | Dividend | J | T | Sold (part) | 10/07/11 | L | D | |
| 38. --CG CAPITAL MARKETS LARGE CAP GROWTH - TLGU | A | Dividend | M | T | Sold (part) | 10/07/11 | K | C | |
| 39. --CG CAPITAL MARKETS SMALL CAP GROWTH - TSGU | | None | K | T | Sold (part) | 01/14/11 | J | B | |
| 40. CITIZENS BANK MONEY MARKET ACCOUNTS | A | Interest | L | T | | | | | |
| 41. CITIZENS BANK CD | A | Interest | L | T | | | | | |
| 42. CITIZENS BANK CD | A | Interest | L | T | | | | | |
| 43. CITIZENS BANK CD | A | Interest | L | T | | | | | |
| 44. CITIZENS BANK CD | A | Interest | L | T | | | | | |
| 45. CITIZENS BANK CD | A | Interest | K | T | | | | | |
| 46. CITIZENS BANK CD | B | Interest | M | T | | | | | |
| 47. CITIGROUP SEP IRA assets listed below | | | | | | | | | |
| 48. --GOLDMAN SACHS CAPITAL GROWTH | A | Dividend | J | T | | | | | |
| 49. --LEGG MASON STRAT. BOND (now LEGG MASON WESTERN ASSETS) | A | Dividend | J | T | | | | | |
| 50. --PIONEER HIGH YIELD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, JACOB P. | 05/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. --ISHARES MSCI EAFE FUND | A | Dividend | J | T | | | | | |
| 52. --ISHARES RUSSELL 1000 INDEX FUND (S) | A | Dividend | K | T | | | | | |
| 53. --MS - RETURN SECS DBY | A | Interest | | | Sold | 08/01/11 | J | A | |
| 54. -- DREYFUS LIQUID ASSETS | A | Dividend | J | T | | | | | |
| 55. --EATON VANCE DIV. EQ. INCOME FUND | A | Dividend | J | T | | | | | |
| 56. --USB CAPITAL X | A | Interest | J | T | | | | | |
| 57. --PIONEER FUND INC | A | Dividend | J | T | | | | | |
| 58. --AB GLOBAL GOV INCOME TRUST | A | Dividend | J | T | | | | | |
| 59. --LOOMIS SAYLES STRAT INC. FUND | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HART, JACOB P. | 05/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JACOB P. HART**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544